# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINTEZ TALLEY,** | : | **CIVIL ACTION** |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LT. D. PRESSLEY,** *et al.*, | : | **NO. 18-14** |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 11th day of January, 2018, upon consideration of Mr. Talley's Petition brought pursuant to Rule 27 of the Federal Rules of Civil Procedure, it is ORDERED that:

1. If Mr. Talley desires to proceed on his Petition, he is DIRECTED to, within thirty (30) days of the date of this Memorandum and Order, either: (1) submit the miscellaneous action filing fee of $47.00 or (2) file a motion to proceed *in forma pauperis*.

2. Alternatively, Mr. Talley may submit a complaint pursuant to 42 U.S.C. § 1983 against Defendants as well as either the $400.00 fee for a civil action ($350.00 filing fee and $50.00 administrative fee) or a motion to proceed *in forma pauperis*. If Mr. Talley chooses to file a complaint against Defendants, the complaint will be opened as a separate action.

3. The Clerk of Court shall furnish Mr. Talley with a blank copy of this Court's current standard form to be used by a *pro se* prisoner filing a civil action pursuant to 42 U.S.C. § 1983, as well as this Court's current standard form to be used by a prisoner seeking leave to proceed *in forma pauperis*.

4. If Mr. Talley fails to either pay the $47.00 filing fee or submit a motion to proceed *in form pauperis* in this matter, his Petition may be dismissed for failure to prosecute without further notice.

                                                         **BY THE COURT:**

                                                         **/s/ Lawrence F. Stengel**
                                                         **LAWRENCE F. STENGEL, C.J.**